IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESUS GARCIA LEE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:10CV67 LG-RHW** |
| | § | |
| **PAT OLSEN, ET AL.** | § | **DEFENDANTS** |

### JUDGMENT

This day this cause came on to be considered, the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Summary Judgment [32] filed by Kenissia Clark and the Motion for Summary Judgment [34] filed by Pat Olsen are **GRANTED** and the claims against them **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims against Christine Hood are **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED AND ADJUDGED** this the 15th day of June, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE